For earlier case, see *Cuyahoga Cty. Bar Assn. v. Caywood* (1991), 62 Ohio St.3d 185, 580 N.E.2d 1076.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

## IN RE RESIGNATION OF DORFMEIER.

[Cite as *In re Resignation of Dorfmeier* (1993), 66 Ohio St.3d 1217.]

(No. 93–487—Submitted March 16, 1993—Decided March 17, 1993.)

The resignation of William Dean Dorfmeier as an attorney, Registration No. 0006405, is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

## JEWETT ET AL., APPELLEES, *v.* OUR LADY OF MERCY HOSPITAL OF MARIEMONT; FROEHLICH ET AL., APPELLANTS.

[Cite as *Jewett v. Our Lady of Mercy Hosp. of Mariemont* (1993), 66 Ohio St.3d 1217.]

(No. 92–462—Submitted March 9, 1993—Decided April 14, 1993.)

*Lindhorst & Dreidame* and *Michael F. Lyon*, for appellees.